## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Criminal Case No. 11-cr-00358-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY PAUL BREAUX,

    Defendant.

## FINAL ORDER OF FORFEITURE AND FORFEITURE MONEY JUDGMENT

This matter is before the Court on the United States' Motion for Final Order of Forfeiture and Forfeiture Money Judgment (Doc. # 40). The Court having reviewed said Motion, FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. § 982, as set forth in the Indictment returned on September 1, 2011;

THAT a Preliminary Order of Forfeiture was entered on January 26, 2012, forfeiting defendant Anthony Paul Breaux's interest in the following property ("subject property"):

    a.    A money judgment in the amount of $3,417,376.27, representing the amount of proceeds obtained by the defendant, less the amount of proceeds forfeited as a result of directly traceable assets identified below;

    b.    Real property located at 333 33½ Road, Palisade, Colorado;

c. $506,893.12 in U.S. Currency seized pursuant to Civil Seizure Warrant No. 11-mc-0071;

d. $49,411.50 in U.S. Currency seized pursuant to Civil Seizure Warrant No. 11-mc-0074;

e. $15,378.77 in U.S. Currency seized pursuant to Civil Seizure Warrant No.11-mc-0073;

f. $12,334.36 in U.S. Currency seized pursuant to Civil Seizure Warrant No. 11-mc-0079;

g. $10,000.00 in U.S. Currency seized pursuant to Civil Seizure Warrant No. 11-mc-0076;

h. One 2010 Nissan GT-R Premium, VIN JN1AR5EF0AM231093 seized pursuant to Civil Seizure Warrant No. 11-mc-0078;

i. One 2010 GMC Sierra, VIN 3GTRKXE29AG202983 seized pursuant to Civil Seizure Warrant No. 11-mc-0077;

j. One 2007 Sierra pickup truck, VIN 1GTEK19JX7Z618062;

k. One 2011 KZ Spree 318BHS travel trailer, VIN 4EZTP3123B8062733;

l. $6,169.02 U.S. Currency from United Services Automobile Association Account No. 11803359;

m. 3 ounces of gold;

n. Approximately 110 ounces of silver coins; and

o. $166,839.62 in United States Currency;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the United States and Petitioners Thomas and Marcia Dyer have entered into a Stipulated Expedited Settlement Agreement, settling Petitioners' lienhold interest in the subject real property;

THAT Petitioners Thomas and Marcia Dyer have no interest in any of the other subject property;

THAT no Petition for Ancillary Hearing has been filed as to the subject property, and the time for so doing expired on April 23, 2012;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 982.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the subject property described above shall enter in favor of the United States pursuant to 18 U.S.C. § 982, free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law; and

THAT a Forfeiture Money Judgment against Defendant Anthony Paul Breaux in the amount of $3,417,376.27 shall be entered in accordance with 18 U.S.C. § 982.

SO ORDERED this   30th   day of April, 2012.

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge