**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 11-cr-00358-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ANTHONY PAUL BREAUX,

    Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSETS**
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for Substitute Assets (Doc. # 45) pursuant to the provisions of 21 U.S.C. § 853(p) and Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

THAT on November 10, 2011, the United States and Defendant Anthony Paul Breaux entered into a Plea Agreement and Statement of Facts Relevant to Sentencing in this case (Doc. # 22), in which Defendant pleaded guilty to Counts One and Nine of the Indictment charging violations of 18 U.S.C. § 1347 (Healthcare Fraud) and 1957 (Money Laundering Greater than $10,000.00), and which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 982 and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

THAT on January 26, 2012, the Court entered a Preliminary Order of Forfeiture against the defendant, which included a money judgment in the amount of $3,417,376.27. (Doc. # 26).

THAT the United States has met the factors articulated in 21 U.S.C. § 853(p) to establish forfeiture of substitute assets.

THAT those substitute assets, identified below and belonging to the defendant, are to be forfeited and applied to the defendant's forfeiture money judgment, totaling $3,417,376.27:

    a.    Pacific Life Section 79 Policy #VF52096860, held in the name of Anthony P. Breaux; and

    b.    $10,000.00 in United States Currency, currently in the custody of, and paid by defendant to, Western Colorado Business Development Corporation d/b/a Business Incubator Center.

THAT the United States does not seek to forfeit more than the $3,417,376.27 money judgment.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), and Rule 32.2(e)(1)(B), defendant Anthony Paul Breaux's interest in the following substitute assets are hereby forfeited to the United States for disposition according to law, and that such forfeiture shall apply to the defendant's forfeiture money judgment in the amount of $3,417,376.27:

      a.    Pacific Life Section 79 Policy #VF52096860, held in the name of Anthony P. Breaux; and

      b.    $10,000.00 in United States Currency, currently in the custody of, and paid by defendant to, Western Colorado Business Development Corporation d/b/a Business Incubator Center.

The Court retains jurisdiction pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure to enter any further orders necessary for the forfeiture and disposition of the referenced substitute asset, and to entertain any third party claims that may be asserted in these proceedings.

SO ORDERED this __17th__ day of April, 2013.

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Court Judge