IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 11-cr-00358-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY PAUL BREAUX,

    Defendant.

---

## FINAL ORDER OF FORFEITURE FOR SUBSTITUTE ASSETS

---

This matter is before the Court on the United States' Motion for Final Order of Forfeiture for Substitute Assets (Doc. # 47). The Court having reviewed said Motion, FINDS as follows:

THAT the United States commenced this action pursuant to 18 U.S.C. § 982, as set forth in the Indictment returned on September 1, 2011;

THAT a Preliminary Order of Forfeiture for Substitute Assets was entered on April 17, 2013, forfeiting Defendant Anthony Paul Breaux's interest in the following property ("substitute assets"):

    a.    Pacific Life Section 79 Policy #VF52096860, held in the name of Anthony P. Breaux, and

    b.    $10,000.00 in United States Currency in the custody of, and paid by Defendant to Western Colorado Business Development Corporation d/b/a Business Incubator Center;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT no Petition for Ancillary Hearing has been filed as to the subject property, and the time for so doing expired on November 3, 2013;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 982.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the substitute assets described above shall enter in favor of the United States pursuant to 18 U.S.C. § 982, free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited substitute assets; and

THAT the substitute assets shall be applied to Defendant's Forfeiture Money Judgment in the amount of $3,417,376.27.

SO ORDERED this 22nd day of January, 2014.

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge